MAFLO HOLDING CORP., Appellant, *v.* S. J. BLUME, INC., Respondent.

Submitted October 4, 1954; decided October 14, 1954.

*Samuel Lesser* and *Harry Lesser* for motion.

*Jacob W. Friedman* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, without prejudice to a renewal thereof if and when a judgment has been entered upon the order of the Appellate Division.